IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH E. CAPOGRECO,

    Petitioner,               No. 2:12-cv-1717 KJM KJN P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS,

    Respondent.             ORDER

        Petitioner is a state prisoner proceeding without counsel. On October 15, 2012, petitioner filed a motion to issue the writ of habeas corpus based on respondent's alleged failure to file a response to the petition. Petitioner's motion was presented to prison officials for mailing on October 11, 2012. However, on October 10, 2012, respondent filed a motion to dismiss, which was served by mail on petitioner on October 10, 2012. Therefore, respondent's motion crossed in the mail with petitioner's motion. Because respondent has filed a motion to dismiss, petitioner's motion is without merit, and is denied.

        Petitioner is reminded of his obligation to file an opposition to the motion to dismiss within twenty-one days. L.R. 230(l). "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Id.

1

1 | Accordingly, IT IS HEREBY ORDERED that petitioner's October 15, 2012
2 | motion (dkt. no. 12) is denied.
3 | DATED: October 17, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

capo1717.def